# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:23-CR-126 |
| v. | : | (Judge Mannion) |
| RALPH PARRY | : | Electronically Filed |

## ORDER

AND NOW, this 25th day of May, 2023, upon consideration of Defendant's unopposed Motion to Continue Initial Appearance, Arraignment, and Plea Hearing, IT IS HEREBY ORDERED THAT:

1) The Motion is **GRANTED**;

2) The initial appearance, arraignment, and plea hearing scheduled for June 1, 2023 is continued until the 30th day of June, 2023, at 10:30 A.M.

Malachy E. Mannion
United States District Judge