# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 3:23-CR-126 |
| RALPH PARRY | : |
| Defendant | : |

### ORDER APPOINTING FEDERAL PUBLIC DEFENDER

AND NOW, this 30th day of June, 2023, IT IS ORDERED that the above named defendant having completed the required Financial Affidavit (Form CJA 23) in support of his request for an attorney without payment of fee, and having certified the same to be correct;

AND, the Court being satisfied that said individual neither is financially able to obtain counsel nor is waiving his right to counsel;

IT IS ORDERED that Leo A. Latella, Esquire of the Office of the Federal Public Defender for the Middle District of Pennsylvania, Scranton Division, is hereby appointed to represent the defendant in all matters pertaining to the above-captioned case.

If, at any time after this appointment, the Court finds that the party is financially able to obtain counsel, or is able to make partial payment for the representation, it may terminate the appointment of counsel or

authorize payment as provided in Title 18 United States Code, Section 3006A(f). In such an event, the party may be required to reimburse all or part of the money expended by the Court in appointing the Federal Public Defender should it later be determined that funds are available for payment.

*s/ Malachy E. Mannion*
Malachy E. Mannion
United States District Judge