UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:23-CR-126 |
| v. | : | (JUDGE MANNION) |
| RALPH PARRY, | : | (Electronically Filed) |
| Defendant | : | |

## WAIVER OF INDICTMENT

1. I understand that I am charged with a felony and, therefore, that I have the right to have the case presented to a grand jury. I further understand that a grand jury consists of not less than sixteen (16) nor more than twenty-three (23) members, at least twelve (12) of whom must concur in the return of an indictment. Thus, by waiving indictment, I concede that had the case been presented to a grand jury, an indictment would have been returned.

2. I am represented by attorney, Leo A. Latella Esquire; I fully understand that I have the right to be represented by an attorney at every stage of this proceeding and, if necessary, one will be appointed to represent me. I have discussed this matter with my attorney and am satisfied with his representation of me in this proceeding.

3. I fully understand this statement, consisting of two (2) typewritten pages.

_____  _____
RALPH PARRY                       LEO A. LATELLA, ESQ
Defendant                         Counsel for Defendant