IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :
                                  :
              v.                  :          Criminal Action No. 23-CR-126
                                  :
Ralph Parry                       :
DEFENDANT(S)                      :

VICTIM DISCLOSURE STATEMENT PURSUANT TO
Fed. R. Cr. P. 12.4(a)(2)

Pursuant to Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure
The International Boxing Hall of Fame who has been identified as
an organizational victim in the above-captioned case, makes the following
disclosure:

1.    The victim is a non-governmental corporate entity.
                                             yes

2.    List below any parent corporation or state that there is no such  corporation:

3.    List below any publicly-held corporation that owns 10% or more of the
      party's stock or state that there is no such corporation:

                                             none

      The undersigned understands that under Rule 12.4(a)(2) of the Federal Rules
of Criminal Procedure, it must promptly file a supplemental statement upon any
change in the information that this statement requires.

                                        _____
                                        Signature

Date: 6·26·23