IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No. 23-CR-126 |
| | : | |
| Ralph Parry | : | |
| DEFENDANT(S) | : | |

VICTIM DISCLOSURE STATEMENT PURSUANT TO
Fed. R. Cr. P. 12.4(a)(2)

Pursuant to Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure Hillwood Estate, Museum & Gardens, who has been identified as an organizational victim in the above-captioned case, makes the following disclosure:

1. The victim is a non-governmental corporate entity.

2. List below any parent corporation or state that there is no such corporation:

    There is no such corporation.

3. List below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

    There is no such corporation.

The undersigned understands that under Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

*Kate Markert*
Kate Markert (Jun 29, 2023 15:03 EDT)

Signature

Date: Jun 29, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA           :
                                    :
         v.                         :   Criminal Action No. 23-CR-149
                                    :
Alfred & Joseph Atsus, Damien Boland, Nicholas Dombek  :
DEFENDANT(S)                        :

VICTIM DISCLOSURE STATEMENT PURSUANT TO
Fed. R. Cr. P. 12.4(a)(2)

Pursuant to Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure Hillwood Estate, Museum & Gardens, who has been identified as an organizational victim in the above-captioned case, makes the following disclosure:

1. The victim is a non-governmental corporate entity.

2. List below any parent corporation or state that there is no such corporation:

   There is no such corporation.

3. List below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

   There is no such corporation.

The undersigned understands that under Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

*Kate Markert*
Kate Markert (Jun 29, 2023 15:03 EDT)

Signature

Date: Jun 29, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA         :
                                 :
              v.                 :     Criminal Action No. 23-CR-135
                                 :
Dawn Trotta                      :
DEFENDANT(S)                     :

VICTIM DISCLOSURE STATEMENT PURSUANT TO
Fed. R. Cr. P. 12.4(a)(2)

Pursuant to Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure Hillwood Estate, Museum & Gardens, who has been identified as an organizational victim in the above-captioned case, makes the following disclosure:

1. The victim is a non-governmental corporate entity.

2. List below any parent corporation or state that there is no such corporation:
   There is no such corporation.

3. List below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:
   There is no such corporation.

The undersigned understands that under Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

*Kate Markert*
Kate Markert (Jun 29, 2023 15:03 EDT)
Signature

Date: Jun 29, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No. 23-CR-125 |
| | : | |
| Frank Tassiello | : | |
| DEFENDANT(S) | : | |

### VICTIM DISCLOSURE STATEMENT PURSUANT TO
### Fed. R. Cr. P. 12.4(a)(2)

Pursuant to Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure Hillwood Estate, Museum & Gardens, who has been identified as an organizational victim in the above-captioned case, makes the following disclosure:

1. The victim is a non-governmental corporate entity.

2. List below any parent corporation or state that there is no such corporation:
   There is no such corporation.

3. List below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:
   There is no such corporation.

The undersigned understands that under Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

*Kate Markert*
Kate Markert (Jun 29, 2023 15:03 EDT)

Signature

Date: Jun 29, 2023