# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** :

    vs. :    CASE NO: 3:23-CR-126

**RALPH PARRY** :

    **Defendant** :

TYPE OF CASE:  CRIMINAL

## NOTICE OF HEARING

TAKE NOTICE that a proceeding in this case has been **SCHEDULED** for the time and place listed below:

**PLACE:** UNITED STATES DISTRICT COURT
         WILLIAM J. NEALON FEDERAL BLDG. &
         UNITED STATES COURTHOUSE
         235 N. WASHINGTON AVE.
         SCRANTON, PA  18501

**COURTROOM:** 3

**DATE AND TIME:**
Wednesday, January 17, 2024
at 11:00 a.m.

**TYPE OF PROCEEDINGS:**     SENTENCING

**DATE:** January 2, 2024

                 PETER J. WELSH, CLERK

                 s/ G. Gebhardt
                 Gina Gebhardt

**TO:** HON. MALACHY E. MANNION, US DISTRICT JUDGE
     JAMES BUCHANAN, ESQUIRE, AUSA
     LEO A. LATELLA, ESQUIRE, FPD
     U.S. PROBATION
     U.S. MARSHAL
     CT. REPORTER